[No. 21933-6-II.     Division Two.     December 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CODY GOODWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00503-0, F. Mark McCauley, J., entered May 7, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 22014-8-II.     Division Two.     December 11, 1998.]

NY CHAU, *Plaintiff*, v. LISA CHISOLM, ET AL., *Respondents*, JAMES KELLEY, D.C., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-09945-2, Arthur W. Verharen, J., entered May 21, 1997. *Dismissed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 22139-0-II.     Division Two.     December 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY E. DEFLYER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 97-1-00019-2, David E. Foscue, J., entered June 16, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Armstrong, JJ.

[Nos. 22183-7-II; 23566-8-II.     Division Two.     December 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK CHARLES WRIGHT, *Appellant*.

*In the Matter of the Personal Restraint of* MARK CHARLES WRIGHT, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00624-4, James E. Rulli, J., entered July 1, 1997, combined with a petition for relief from personal restraint. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Morgan, J.